

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

August 31, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 10:21:15 AM
CHRISTOPHER A. PRINE
Clerk

TERRENCE A GAISER
ATTORNEY OF RECORD
2900 SMITH
HOUSTON TEXAS 77006

Defendant's Name· PHILIP ANTHONY COX

Cause No: 1450528

Court: 180TH

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 08/21/2015
**Sentence Imposed Date:** 08/21/2015
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** TERRENCE A GAISER

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC. Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JANET RAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O Box 4651  Houston, Texas 77210-4651

Cause No. 1450528  2380999 8
0086800
0086998

# THE STATE OF TEXAS

V.

Philip Anthony Cox , A/K/A/ _____

180th District Court / ~~County Criminal Court at Law No.~~ _____

Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On ___AUG 2 1 2015___ (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw

☐ ~~ADVISES the court that he will CONTINUE to represent the defendant on appeal.~~

___AUG 2 1 2015___
**Date**

X _Robert Scott_
**Attorney (Signature)**

_Philip Cox_
**Defendant (Printed name)**

_Robert R. Scott_
**Attorney (Printed name)**

FILED
Chris Daniel
District Clerk
AUG 21 2015
Time:_____ Harris County, Texas
By_____ Deputy

_1791000_
**State Bar Number**

_5803 2d_
**Address**

_281391-2141_
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

X _Philip Cox_
**Defendant (Signature)**

X _Philip Cox_
**Defendant's Printed name**

AUG 2 1 2015
SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

Page 1 of 2

# ORDER

On **AUG 2 1 2015** _____ the Court conducted a hearing and FINDS that defendant / appellant

- ☐ IS NOT indigent at this time.
- ☑ IS indigent for the purpose of
  - ☑ employing counsel
  - ☐ paying for a clerk's and court reporter's record.
  - ☑ employing counsel and/or paying for a clerk's and court reporter's record

The Court ORDERS that

- ☑ Counsel's motion to withdraw is **GRANTED** / ~~DENIED~~.

- ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

- ☐ Defendant's / appellant's motion is **GRANTED** and

  - ☐ Attorney _____
    Bar Card Number _____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal.

  - ☐ Harris County Public Defender's Office (HCPD) is **APPOINTED** to represent defendant/appellant on appeal
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number _____ SPN Number _____

  - ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

- ☐ SET at $_____.

- ☐ TO CONTINUE as presently set.

- ☑ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED: **AUG 2 1 2015** _____

JUDGE PRESIDING,
180 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

Cause No. _____

## THE STATE OF TEXAS
### V.
_____ , A/K/A/ _____

_____ District Court / County Criminal Court at Law No. _____

### Harris County, Texas


### OATH OF APPOINTED ATTORNEY ON APPEAL

I, _____ , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

| | |
|---|---|
| _____ | _____ |
| Attorney-at-Law (Signature) | BAR Number / SPN |
| _____ | _____ |
| Address | City / State / Zip |
| _____ | _____ |
| Phone | FAX |

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

 

Cause No. 1450528

| | |
|---|---|
| THE STATE OF TEXAS | IN THE _180th_ DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| _Philip Anthony Cox_, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____
Judge

AUG 2 1 2015
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____
Defendant

**FILED**
Chris Daniel
District Clerk
AUG 2 1 2015
Time: _____
Harris County, Texas
By _____
Deputy

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: _____

Mailing Address: _____

Telephone number: 281-391-2141

Fax number (if any): _____

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 5 2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.. *14 50528*

THE STATE OF TEXAS

VS.

*PHILIP ANTHONY COX*

OFFENSE *ASSAULT-BOD INT-FAMILY MEMBER*

*180th* DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES *PHILIP ANTHONY COX*, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income  The defendant respectfully petitions the court to  (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

X *Philip Cox*

DEFENDANT

**FILED**
Chris Daniel
District Clerk

AUG 2 1 2015

Time:_____
Harris County, Texas

By_____
Deputy

SUBSCRIBED AND SWORN before me, this *21st* day of *August*, A.D., 20 *15*.

_____
DEPUTY DISTRICT CLERK
*180th* DISTRICT COURT
HARRIS COUNTY, TEXAS

13/990

## ORDER

On *Aug 24, 2015* the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that *Terrence Gaiser* is appointed to represent defendant/appellant on appeal

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: *JANET RAGAN*, by certified mail return receipt requested

_____
JUDGE PRESIDING
*180th* DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, *TERRENCE GAISER*, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

*2900 Smith*
ADDRESS

*(713) 225-0666*
PHONE

*tagaiser@aol.com*
EMAIL ADDRESS

*07572500*
BAR/SPN NUMBER

*Hou.   TX   77006*
CITY          STATE          ZIP

*(713) 227-4623*
FAX NUMBER

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

SWORN TO AND SUBSCRIBED BEFORE ME ON *8-25-15*

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD

Due: 10-20-15

14th

Court
1807+   Due: 10-20-15   Cause No.
1807+              1450528

## The State of Texas
### Vs
PHILIP ANTHONY COX

Date Notice
Of Appeal:   8-21-15   AUG 21 2015

Presentation:        Vol._____ Pg._____

Judgment:         Vol._____ Pg._____

Judge Presiding WAYNE MALLIA
Court Reporter JANET KAGAIY
Court Reporter_____
Court Reporter_____

Attorney
on Trial ROBERT SCOTT

Attorney
on Appeal_____

Appointed_____ Hired_____
Offense ASSAULT-BOD INJ-FAMILY MEMBER

Jury Trial:   Yes ✓   No_____

Punishment
Assessed 15 YRS TDC

Companion Cases _____
(If Known)_____

Amount of
Appeal Bond NO BOND

Appellant
Confined:      Yes_____ No_____

Date Submitted
To Appeal Section AUG 21 2015

Deputy Clerk_____

997